LAW OFFICES OF GEORGE N. PROIOS, PLLC
Attorneys for Plaintiff
65 West 36th Street , 7th Floor
New York, NY 10018-7702



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WORLD FUEL SERVICES (SINGAPORE) PTE. LTD.
  for itself and as Assignee of World Fuel Services
  Europe, Ltd. d/b/a Tramp Oil & Marine Ltd.

                              Plaintiff,

            v.

TRANS KA TANKERS MANAGEMENT CO. LTD.
  (also known as TRANSKA TANKERS
  MANAGEMENT CO. LTD. and TRANS KA
  TANKER ISLETMECILIGI TIC ),
  a member of Akbaþoðlu Shipping Group

                              Defendant.

---



ECF Case

09 CV

**VERIFIED COMPLAINT WITH
REQUEST FOR ISSUE OF
WRIT OF MARITIME
ATTACHMENT AND
GARNISHMENT**

---

        Plaintiff World Fuel Services (Singapore) PTE. LTD., as itself and as assignee of World

Fuel Services Europe, Ltd. d/b/a Tramp Oil & Marine Ltd., complains of the Defendant Trans Ka

Tankers Management Co., Ltd. (also known as Transka Tankers Management Co., Ltd. and

Trans Ka Tanker Isletmeciligi TIC: hereinafter "Trans Ka"), a member of Akbaþoðlu Shipping

Group, and alleges upon information and belief as follows:

        1.        This is a case of admiralty and maritime jurisdiction, as hereinafter more fully

appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal

Rules of Civil Procedure. The Court has subject matter jurisdiction.

        2.        At all material times plaintiff was, and is now, a corporation organized and

existing under the laws of Singapore.

3.    At all material times defendant was, and is now, a company organized and existing under the laws of Turkey.

## THE BASIC FACTS

4.    Plaintiff World Fuel Services (Singapore) PTE. LTD. (hereinafter "WFSS") is engaged in the marketing and sale of marine, aviation, and land fuel products and related services on a world wide basis.

5.    Defendant Trans Ka provides management services for ocean-going vessels including, but not limited to, procuring bunkers and necessaries for those vessels.

6.    During the period September 2007 through November 2008, World Fuel Services Europe Ltd., trading as Tramp Oil & Marine ("WFSE"), supplied bunkers (fuel) to various vessels at ports in both Turkey and Italy.

7.    WFSE issued invoices to Trans Ka for each purchase, with payment terms of 45 days, and a 2% per month pro rata late fee to be assessed on amounts due thereafter.[1]  The aggregate amount of the invoices totaled $1,073,437.03.

8.    Trans Ka remitted payments to WFSE against each of the invoices, however, several payments were deficient, resulting in outstanding principal amounts due.  In addition,

---

[1]  Although World Fuel Services Europe, Ltd. d/b/a Tramp Oil & Marine Ltd., a sister company to World Fuel Services (Singapore) PTE. LTD., supplied most of the bunkers at issue in this complaint, the invoices have been assigned to Plaintiff for purposes of collection.  A copy of the assignment is attached hereto as Exhibit A.

each of the payments were late, thus interest accrued on each untimely payment.  The aggregate amount of interest accrued to date totals $21,113.26.

9.    Pursuant to Section 7(c) of Plaintiff's Terms and Conditions, a five percent administrative shall be applied to all amounts more than fifteen days past due.  The aggregate amount of administrative fees accrued totaled $51,634.35.  The total aggregate amount outstanding on these invoices (principal, interest and administrative fees) is $73,191.61.  (A copy of the Terms and Conditions are attached hereto as Exhibit B)

10.    On or about December 9, 2007, WFSS supplied bunkers to the M/V AYFER in Piraeus Greece, on the order of Trans Ka.

11.    WFSS issued its invoice[2], in the amount of $69,481.72, to Trans Ka on January 8, 2008, with payment terms of 45 days, and a 2% per month pro rata late fee to be assessed on amounts due thereafter.  Payment in full was due on January 23, 2008.

12.    Trans Ka remitted a payment in the amount of $69,441.72 (a $40 deficiency) on or about February 26, 2008.  Interest, in the amount of $1,661.04, has accrued on the untimely payment.

13.    Pursuant to Section 7(c) of Plaintiff's Terms and Conditions, a five percent administrative shall be applied to all amounts more than fifteen days past due.  An administrative fee of $3,474.09 accrued on the past due amount and remains unpaid.  The total amount outstanding on this invoice (principal, interest and administrative fee) is $5,175.13.

14.    The total amount due to World Fuel Services (Singapore) PTE. LTD., as itself and as assignee of World Fuel Services Europe, Ltd. d/b/a Tramp Oil & Marine Ltd., is $78,366.74.

## COUNT I

### RULE B RELIEF

12.    Plaintiff repeats paragraphs 1 through 11 as if fully set forth herein.

13.    Plaintiff seeks issuance of process of maritime attachment so that it may obtain security for its claims including its contractual attorneys' fees and costs.  No security for Plaintiff's claims has been posted by Trans Ka or anyone acting on its behalf to date.

14.    Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Rule B"), but is believed to have, or will have during the pendency of this action, assets in this jurisdiction consisting of cash, funds, freight, hire, and/or credits in the hands of garnishees in this District, including but not limited to electronic fund transfers and/or CHIPS credits, because Defendant conducts business internationally in U.S. Dollars, and all electronic fund transfers are processed by intermediary banks in the United States, primarily in New York.

15.    Plaintiff believes that Defendant's property may be found in this District is based on the fact that Defendant has previously made payments to Plaintiff in U.S. dollars, as evidenced by a wire transfer made from Defendant to Plaintiff.

16.    The named garnishee banks participate in the CHIPS system in New York to send U.S. dollar wire transfers between banks in the United States and throughout the world. Accordingly, Plaintiff believes that some assets of Defendant in U.S. dollars EFT's will be transferred through intermediary CHIPS banks, including the named garnishee banks.

---

2    All invoices complained of herein, ~~with~~ a summary, are attached hereto as Exhibit C.

**WHEREFORE**, Plaintiff prays:

A.    That process in due form of law issue against Trans Ka, citing them to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B.    That since Trans Ka cannot be found within this District pursuant to Rule B, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of their tangible or intangible property or any other funds held by any garnishee, which are due and owing to these defendants up to the amount of at least USD $93,366.74, which includes principal ($484), interest ($22,774.30), administrative fees ($55,108.44), and reasonable attorneys' fees ($15,000), to World Fuel Services (Singapore) PTE. LTD to secure the Plaintiff's claim, and that all persons claiming any interest in the same be cited to appear and, pursuant to Rule B, answer the matters alleged in the Verified Complaint;

C.    That since it appears that the U.S. Marshal's Service lacks sufficient staff to effect service of process of Maritime Attachment and Garnishment promptly or economically, and that since appointing a person over 18 years of age and who is not a party to this action will result in substantial economies in time and expense, such a person be appointed pursuant to Fed.R.Civ.P. 4(c) to serve process of Maritime Attachment and Garnishment in this action.

D.    That this Court retain jurisdiction over this matter through the entry of a judgment or award associated with the pending claims including appeals thereof.

E.    That each Plaintiff may have such other, further and different relief as may be just and proper.

Dated: New York, NY
      September 29, 2009

                                     Respectfully submitted,
                                     LAW OFFICES OF GEORGE N. PROIOS, PLLC
                                     Attorneys for Plaintiff

By                                         
                                     George N. Proios(GP – 9331)
                                     65 West 36th Street, 7th Floor
                                     New York, NY 10018-7702
                                     212-279-8880

OF COUNSEL:
J. Stephen Simms
Simms Showers LLP
20 S. Charles Street - Suite 702
Baltimore, Maryland 21201
410-783-5795

**To Whom It May Concern:**

Reference is made to invoices including but limited to those numbered 145621-596, 146582-596, 147029-596, 147331-596, 147682-596, 147683-596, 147921-596, 147928-596, 148236-596, 148358-596, 148504-596, 148618-596, 149024-596, 100050-32501, 105572-32501, 108758-32501, 110133-32501, 110433-32501, and 111365-32501 issued by World Fuel Services Europe, Ltd. trading as Tramp Oil & Marine ("WFSEUR") to vessels owned and/or operated by Trans Ka Tankers Management Co. Ltd. ("Trans Ka") and to other contractual amounts owed, even though not invoiced, related to the supplies of bunkers indicated on the invoices referenced above, including without limitation the applicable interest, administrative fees and legal costs incurred or to be incurred in the collection of such amounts owed by Trans Ka to WFSEUR.  For value and other good and valuable consideration, receipt of which is hereby acknowledged, WFSEUR hereby agrees to assign any and all of its rights at law, in equity or otherwise, as against Trans Ka and the recovery of amounts owing to WFSEUR by Trans Ka as described herein to World Fuel Services (Singapore) Pte. Ltd. ("WFSSING") and WFSSING hereby agrees to accept such assignment.

As of July 21, 2009, the total amount owed to WFSEUR by Trans Ka, excluding legal fees and court costs and any other costs of collection regarding the outstanding amounts, the right to recover same being expressly reserved, is in the amount of USD 75,742.16.

The issuance of this assignment by WFSEUR to WFSSING is not to be interpreted as an intent by WFSEUR to waive or forgo any rights it may have at law, in equity or otherwise, including without limitation any maritime or other lien rights for the supply of bunkers or lubricants and such rights continue in effect and are retained and inure expressly to the benefit of WFSSING until the entities and/or persons liable for any such debt giving rise to the granting of this Assignment have settled the debt with WFSSING. Such rights are expressly reserved.

**WORLD FUEL SERVICES EUROPE, LTD.**

By: _____
Name:  Michael S. Clementi
Title:   Director

Date:   July 21, 2009


**WORLD FUEL SERVICES (SINGAPORE) PTE. LTD.**

By: _____
Name:  Steven A. Scoppetuolo
Title:   Director

Date:   July 21, 2009

1 of 1

Exhibit A

# THE WORLD FUEL SERVICES CORPORATION MARINE GROUP OF COMPANIES

## GENERAL TERMS AND CONDITIONS

Effective January 1, 2004, the following terms of sale and supply shall constitute the General Terms and Conditions ("General Terms") of the World Fuel Services Corporation Marine Group of companies (collectively, "World Fuel Services") headquartered at 9800 N.W. 41st Street, Suite 400, Miami, Florida 33178, which includes, but is not limited to, World Fuel Services Americas, Inc. ("WFSAMER"), World Fuel Services Europe, Ltd. ("WFSEUR"), and World Fuel Services (Singapore) Pte. Ltd. ("WFSASIA"), and their respective subsidiaries and/or affiliates and/or branch offices.

WFSAMER, WFSEUR and WFSASIA each do business in its name, respectively, and under the names or brand names of its subsidiaries, affiliates, and branch offices, respectively, including, but not limited to: Trans-Tec International S.R.L.; Casa Petro S.A.; Pacific Horizon Petroleum Services, Inc.; Trans-Tec Services (UK) Ltd.; Trans-Tec Services (UK) Ltd. – Denmark Branch; World Fuel Services (Singapore) Pte. Ltd. - South Africa Branch; Bunkerfuels UK Limited; World Fuel Services (Singapore) Pte. Ltd. - Bunkerfuels Hellas – Greek Branch; Oil Shipping (Bunkering) B.V.; Norse Bunkers AS; World Fuel Services (Singapore) Pte. Ltd. – Korea Branch; Trans-Tec Services (Japan) Co., K.K.; Oil Shipping (Hong Kong) Ltd.; Marine Energy Arabia Establishment Ltd.; Marine Energy Arabia Co., L.L.C.; and World Fuel Services European Holding Company I, Ltd.

Unless otherwise agreed in writing, the General Terms shall apply to every sale of marine petroleum products ("Products") entered into between any World Fuel Services entity as seller ("Seller"), and any buyer ("Buyer") of such Products.

1. **INCORPORATION AND MERGER:** Each sale of Products shall be confirmed by telex, fax or other writing from the Seller to the Buyer ("Confirmation"). The Confirmation shall incorporate the General Terms by reference so that the General Terms thereby supplement and are made part of the particular terms set forth in the Confirmation. The Confirmation and the General Terms shall together constitute the complete and exclusive agreement governing the transaction in question (the "Transaction"). No other prior agreements or understandings, whether verbal or written, shall apply unless specifically referenced in the Confirmation. In the event of an inconsistency between the particular terms of the Confirmation and the General Terms, the Confirmation shall control for the purpose of that particular Transaction with the exception of Sections 8 and 17 below, which can only be modified by a mutually signed writing between Buyer and Seller.

2. **PRICES:** The price to be paid for Products sold in each Transaction shall be as agreed between the Buyer and Seller in the Confirmation. Unless otherwise specified, the quoted price term shall be ex-wharf and shall represent only the purchase price of the Products. If the price term is quoted as "delivered", then in addition to the purchase price of the Products, the price shall include only the cost of transportation. The Buyer shall pay any additional expenses or costs such as barging, demurrage,

EXHIBIT B

wharfage, port dues, duties, taxes, fees and any other costs including, without limitation, those imposed by governmental authorities.

3.  **QUALITY:**  Unless otherwise specified in the Confirmation, the Products shall be of the quality generally offered by the Seller at the time and place of delivery, for the particular grade or grades ordered by the Buyer.  Buyer shall have the sole responsibility for the selection of proper Products for use in the vessel being supplied ("Receiving Vessel") or other receiving facility.  **ANY IMPLIED CONDITIONS AND WARRANTIES, INCLUDING THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE EXPRESSLY EXCLUDED AND DISCLAIMED.**

4.  **QUANTITY:**  The quantity of Products sold in each Transaction shall be as agreed between the Buyer and the Seller as per the Confirmation.  Notwithstanding acceptance of the Buyer's order, the Seller's obligation to supply such quantities shall be subject to availability of Products from the Seller's source of supply at the time and place delivery is requested.

5.  **TITLE:**  Delivery shall be deemed completed and title and risk of loss shall pass to the Buyer when the Marine Fuel reaches Physical Supplier's end of the delivery hose or pipeline connecting Physical Supplier's delivery facilities to the Receiving Vessel's receiving facilities, or in the event that Buyer has arranged its own transportation, the receiving facilities of the barge or coastal tanker nominated by Buyer. The Buyer shall be responsible for connection to the permanent intake of the Receiving Vessel, or the barge or coastal tanker nominated, and pumping shall be performed under the direction and responsibility of the Buyer.

6.  **MEASUREMENT, TESTING, CLAIMS:**

    (a)  The quantity of product delivered shall be determined from the official gauge or meter of the bunkering barge or tank truck effecting delivery or of the shore-tank in case of delivery ex-wharf.  Such determination shall be conclusive.

    (b)  With respect to the quality of the Products supplied, a sample(s) shall be drawn at the time of pumping in accordance with the customary method at the port of supply.  The sample(s) shall be conclusively deemed to be representative of the quality of the Products supplied to the Receiving Vessel.  In the event of a claim by the Buyer, the sample(s) shall be tested and analyzed by an independent surveyor whose results shall be conclusive and binding on both Buyer and Seller.  The independent surveyor shall be appointed by mutual agreement, and the surveyor's fee shall be shared equally by the Buyer and Seller.  In the event that Seller proposes an independent inspector and Buyer takes no action to either accept this proposal or to suggest an alternative inspector, then Seller's choice of inspector shall be binding and any tests performed by such

-2-

inspector's lab shall be similarly binding, regardless of whether or not Buyer chooses to send a representative to such testing.

(c)  Any samples drawn from the Receiving Vessel's tanks shall not be valid as an indicator of the quality supplied.

(d)  The Buyer waives any claim against the Seller with respect to the quantity or quality of the Products supplied unless the Buyer's claim is submitted to the Seller in writing within seven (7) days after the date of delivery of the Products. However, in the event that the physical supplier grants to Seller a period longer than seven (7) days in the supplier's own terms and conditions, then this same period will be extended from Seller to Buyer.

(e)  If Buyer submits a claim against the Seller with respect to the quantity or quality of the Products supplied, the Seller shall be entitled and the Buyer shall allow, or where the Buyer has chartered the vessel, shall obtain authorization from the Owner to allow, the Seller to board the Vessel and investigate the vessel's records and to make copies of documents which the Seller may consider necessary for its investigations. Failure to allow boarding and/or to produce copies of documents shall constitute a waiver of the Buyer's claim.

(f)  It is the duty of the Buyer to take all reasonable actions to eliminate or minimize any damages or costs associated with any off-specification or suspected off-specification Products. To this end Buyer shall cooperate with the Seller in achieving the most cost effective solution. **IN ANY EVENT, SELLER'S LIABILITY HEREUNDER FOR ANY CLAIMS, WHETHER ARISING FROM QUALITY, QUANTITY, ACCIDENT, DELAY, SPILL OR OTHER CAUSE, SHALL NOT EXCEED THE PRICE OF THAT PORTION OF THE PRODUCT SOLD HEREUNDER ON WHICH LIABILITY IS ASSERTED. FURTHERMORE, NO LIABILITY WILL BORNE BY SELLER FOR (1) ANY DEMURRAGE OR OTHER VESSEL DELAY OR FOR INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES ARISING FROM THE EXERCISE OF SELLER'S RIGHT TO SUSPEND AND/OR TERMINATE DELIVERY OF PRODUCT, OR (2) ANY ACTS OR OMISSIONS OF AGENTS AND/OR SUBCONTRACTORS OF SELLER, INCLUDING, WITHOUT LIMITATION, FUEL TRANSPORTERS OR FUELING AGENTS.**

7.  **PAYMENT:**

(a)  Unless otherwise provided in the Confirmation, all sales shall be on a cash in advance or irrevocable letter of credit basis. All letters of credit procured by Buyer in favor of Seller shall be in a form and substance acceptable to Seller and issued only by a bank acceptable to Seller.

-3-

(b)     Any individual bunker transaction not requiring cash in advance shall require credit approval by Seller's Credit Department in Miami, Florida. This approval, which will occur prior to Seller's transmittal to Buyer of a Confirmation, shall be construed as the binding act in a bunker transaction and it is agreed that contract formation has occurred in Florida. If payment of cash in advance is not required, the Buyer shall make payment in full on or before the due date set forth in the invoice, in immediately available U.S. dollars and in such manner as the Seller may designate in the invoice, without discount, set-off, or deduction. Invoices may be sent via fax, telex, e-mail or any other means permitted by law. Notwithstanding any disputes regarding quality, quantity, or other matter, the Buyer must initially pay the full amount due, and any disputes shall be resolved between the Buyer and the Seller after such payment has been made.

(c)     Past due amounts shall accrue interest at a rate equal to the lesser of 2.0 percent per month, or the maximum rate permitted by applicable law. All amounts more than 15 days past due shall incur an additional 5% administrative fee. All payments received from Buyer after an invoice is overdue shall first be applied to interest, legal collection costs and administrative fees incurred before they will be applied to the principal amounts on a subsequent delivery. Buyer may not designate application of funds to a newer invoice so long as there are any unpaid charges, interest, collection costs or administrative fees on a previous one. This shall not be construed, however, as preventing Seller's option to choose application of funds in instances where subsection (h) below shall apply. Any waiver by Seller of interest charges or administrative fees on a particular invoice shall not be construed as a waiver by Seller of its right to impose such charges on subsequent deliveries.

(d)     If the payment due date falls on a weekend or any bank holiday in the country where payment is to be remitted (other than a Monday), payment must be made on the first prior available banking day. If the payment due date falls on a Monday bank holiday, payment may be made on the next available banking day.

(e)     The Buyer and the Seller are responsible for their respective banking charges.

(f)     The Buyer agrees to pay, in addition to other charges contained herein, internal and external attorneys fees on a full indemnity basis for the Seller's collection of any non-payment or underpayment as well as any other charges incurred by the Seller in such collection including, but not limited to, the cost of bonds, fees, internal and external attorneys fees associated with enforcing a maritime lien, attachment or other available right, whether in law, equity or otherwise.

(g)     All unpaid invoices from Seller to Buyer shall immediately be considered overdue, upon the occurrence of any of the following events: (i) any invoice of Seller to Buyer is seven (7) days overdue; (ii) any vessel owned or operated by

-4-

Buyer is arrested or attached by Seller or a third party for unpaid debts; or (iii) there is a change in the financial circumstances or structural organization of Buyer sufficient to cause Seller to reasonably believe that its likelihood of receiving payment from the Buyer is jeopardized or that its security interest in any of Buyer's owned or operated vessels is jeopardized.

(h)    In the event that more than one invoice is past due at the same time, Seller shall be entitled, at its sole discretion, to specify the particular invoice to which any subsequent payments shall be applied.

(i)    Seller reserves the right, in addition to all other rights and remedies available to it under applicable law, in equity, or otherwise, to suspend further deliveries of Product, and demand payment of all outstanding balances, if the outstanding balances due from Buyer (including estimates of unbilled sales) exceed the Buyer's applicable credit limit, or if Buyer fails to make any payment as herein provided or otherwise defaults under the General Terms.

8.    **CREDIT AND SECURITY:**

(a)    Products supplied in each Transaction are sold and effected on the credit of the Receiving Vessel, as well as on the promise of the Buyer to pay therefor, and it is agreed and the Buyer warrants that the Seller will have and may assert a maritime lien against the Receiving Vessel for the amount due for the Products delivered.  This maritime lien shall extend to the vessel's freight payments for that particular voyage during which the bunkers were supplied and to freights on all subsequent voyages.

(b)    In the event of a breach of the warranty set forth in sub-paragraph (a) above before delivery, the Seller shall be entitled to terminate the Transaction. Further, the Seller reserves the right to impose a cancellation fee in the amount set forth in Section 10 below.

(c)    If the purchase of Products is contracted for by an agent, then such agent, as well as the principal, shall be bound by and be fully liable for obligations of the Buyer in the Transaction, whether such principal be disclosed or undisclosed.

(d)    Buyer acknowledges that Seller has relied on vessel ownership listings provided in Lloyd's Register of International Shipowning Groups (Lloyd's Register – Fairplay Ltd.) and/or Fairplay World Shipping Directory (Fairplay Publications Ltd.) and/or www.seasearcher.com and/or any other available resource to establish and/or confirm same. If Buyer is listed or otherwise indicated as the registered, beneficial or group fleet owner of any vessel listed in Lloyd's, Buyer warrants and agrees that all other vessels listed in the same beneficial ownership shall be construed as true sisterships in the same beneficial ownership.

(e)     All sales made under these terms and conditions are made to the registered owner of the vessel, in addition to any other parties that may be listed as Buyer in the confirmation. Any bunkers ordered by an agent, management company, charterer, broker or any other party are ordered on behalf of the registered owner and the registered owner is liable as a principal for payment of the bunker invoice.

9.     **DELIVERIES:**

(a)     The Buyer shall give the Seller's local representative at the port of supply at least 48 hours written notice of the scheduled time of delivery, excluding Sundays and holidays.

(b)     In the event that delivery is desired outside normal working hours and is permitted by port regulations, the Buyer shall pay all overtime and additional expenses incurred in connection therewith.

(c)     The Buyer shall make all connections and disconnections of the delivery hose to the Receiving Vessel or barge or coastal tanker nominated on behalf of the Buyer and shall render all other necessary assistance and equipment to promptly receive the Products.

(d)     Seller shall use due diligence in the timely delivery of Product to Buyer's vessels. However, unless specifically guaranteed in writing in Seller's Confirmation, Seller does not warrant the availability of barges or the timeliness of delivery. Any costs of delay to Buyer's vessels as a result of late delivery shall be borne by Buyer, unless Seller guaranteed timeliness of delivery in writing, in which case Seller will reimburse Buyer for extra port costs such as shifting, pilotage and berthing. Seller will not be liable for costs of ship's demurrage, off-charterhire or for indirect, special, incidental other consequential damages.

(e)     If the actual delivery date is later than the contracted date stated in the Confirmation, the price may be subject to price fluctuations up to time of delivery, at the Seller's discretion. If the Receiving Vessel shall not have arrived within five (5) days after the expected date of arrival, the Seller shall have the right, at its sole discretion, to cancel the Transaction without prejudice to any other rights the Seller may have.

(f)     The Seller shall be at liberty to make arrangements with other companies ("Suppliers") to supply the whole or any part of the Products sold in each Transaction.

(g)     The Buyer shall be responsible for all demurrage or additional expenses incurred by the Seller if the Buyer, its vessel or its port agent causes delay to

-6-

the barge, truck or delivery facilities. The Buyer shall also pay any charges for mooring, unmooring and port dues, if incurred. In addition, the Buyer shall be liable for any expenses incurred by the Seller resulting from the Buyer's failure to accept the full quantity of Products ordered by the Buyer.

10. **CANCELLATION CLAUSE:** If subsequent to the Confirmation, the Buyer cancels the order for any reason whatsoever, the Seller without prejudice to any other rights it may have, shall be entitled to impose cancellation fees in the amount of ten (10) percent of the total order amount, or a minimum fee of US$ 5,000.00.

11. **INDEMNITY:** The Buyer shall defend, indemnify and hold the Seller harmless with respect to any and all liability, loss, claims, expenses, or damage the Seller may suffer or incur by reason of, or in any way connected with, the acts, omissions, fault or default of the Buyer or its agents in the purchase, receipt, use, storage, handling or transportation of the Products in connection with each Transaction.

12. **CONTINGENCIES:**

(a) The Seller shall not be in breach of its obligations under any Transaction in the event that performance is prevented, delayed, or made substantially more expensive as a result of any one or more of the following contingencies, whether or not such contingency may have been foreseen or foreseeable at the time of contracting and regardless of whether such contingency is direct or indirect:

(i) labor disturbance, whether involving the employees of the Seller, Supplier or otherwise, and regardless of whether the disturbance could be settled by acceding to the demands of the labor group;

(ii) compliance with a change, request or order of any governmental authority or agent;

(iii) shortage in raw material, transportation, manufacturing, or fuels from the Seller's contemplated source of supply, not shown by the Buyer to be due to the Seller's lack of diligence; or

(iv) any cause beyond the reasonable control of the Seller, whether or not foreseeable.

(b) In the event that performance is prevented or delayed by such a contingency, the Seller may reduce deliveries in any manner as it may determine in its sole discretion.

(c) If performance is made substantially more expensive by such a contingency, the Seller shall have the option either to reduce or stop deliveries or to continue

deliveries and increase prices in fair proportion to the increased cost of operation under such a contingency.

(d)    The Seller shall not be liable for demurrage or delay resulting from such a contingency.

(e)    Quantities not sold or purchased due to the occurrence of such a contingency may be reduced or eliminated from the contractual amount at the discretion of the Seller.

(f)    Nothing in this provision shall be deemed to excuse the Buyer from its obligation to make payments for Products received.

13.    **TAXES AND ASSESSMENTS:**

(a)    The Buyer will pay the Seller the amount of all excise, gross receipts, import, motor fuel, superfund and spill taxes, and all other federal, state and local taxes (collectively, "Taxes and Assessments") or the foreign equivalent as determined in the sole, absolute and unfettered discretion of Seller of such Taxes and Assessments, however designated, other than taxes on income, paid or incurred by the Seller directly or indirectly with respect to the Products and/or on the value thereof insofar as the same are not expressly included in the price quoted. Any additional Taxes and Assessments incurred by Seller arising from a Transaction and imposed by any governmental and/or any regulatory authority as a result of an audit, whether domestic and/or international, shall be borne solely by Buyer.

(b)    The Buyer will present the Seller with any required documentation, including but not limited to registrations, exemptions, certifications, claims, refunds, declarations or otherwise, in a form and format, and on or before whatever due date the Seller shall require, to satisfy the Seller's concerns in connection with any of the above taxes or assessments. Further, the Buyer shall indemnify and hold the Seller harmless for any damages, claims, liability or expense the Seller might incur due to the Buyer's failure to comply with this requirement.

14.    **SAFETY AND ENVIRONMENTAL PROTECTION:**

(a)    It shall be the sole responsibility of the Buyer to comply and advise its personnel, agents and/or customers to comply, both during and after delivery, with all the health and safety requirements applicable to the Products and to ensure so far as possible that any user of such Products avoids without limitation any frequent or prolonged skin contact with the Products. The Seller accepts no responsibility for any consequences arising from failure to comply with such health and safety requirements or arising from such contact. The

-8-

Buyer shall protect, indemnify and hold the Seller harmless against any damages, expense, claims or liability incurred as a result of the Buyer, or any user of the Products, or its customers failing to comply with the relevant health and safety requirements.

(b)    In the event of a spill or discharge occurring before, during or after bunkering, the Buyer shall immediately notify the appropriate governmental authorities and take whatever action is necessary, and pay all costs to effect the clean-up. Failing prompt action, the Buyer authorizes the Seller and Supplier to conduct such clean-up on behalf of the Buyer at the Buyer's risk and expense, and the Buyer shall indemnify and hold the Seller and Supplier harmless against any damages, expense, claims or liability arising out of any such spill or clean-up unless such spill or clean-up shall be proven to be wholly caused by Seller's negligence.

(c)    The Buyer warrants that the Receiving Vessel is in compliance with all governmental trading and pollution regulations. The Receiving Vessel will not be moored at a wharf or alongside other marine loading facilities of the Seller or Supplier unless free of all conditions, deficiencies or defects which might impose hazards in connection with the mooring, unmooring or bunkering of the Receiving Vessel.

15.    **ADDITIONAL PROVISIONS:**

(a)    Claims, notices and other communications hereunder shall be in writing and shall be mailed via certified or registered mail or by overnight courier to the attention of the particular Seller in each Transaction at the following address: 9800 N.W. 41st Street, Suite 400, Miami, Florida 33178. Unless otherwise indicated by the Buyer, notices hereunder shall be mailed, faxed and/or e-mailed to the Buyer at the address designated by the Buyer for invoicing. Either the Buyer or the Seller may by notice to the other change the address, telex or facsimile number or electronic messaging system details at which notices or other communications are to be given to it by giving fifteen (15) days prior written notice of its new address to the other party.

(b)    No waiver of any of the provisions of this Agreement shall be effective unless it is in writing and signed by the party against whom it is asserted, and any such waiver shall only be applicable to the specific instance to which it relates and shall not be deemed to be a continuing or future waiver of any breach.

(c)    A failure or delay in exercising any right, power or privilege in respect of the General Terms and Conditions will not be presumed to operate as a waiver, and a single or partial exercise of any right, power or privilege will not be

-9-

presumed to preclude any subsequent or further exercise, of that right, power or privilege or the exercise of any other right, power or privilege.

(d)    The Buyer shall not assign any right or delegate any obligation arising under a Transaction without the prior written consent of the Seller.

(e)    If any part of the General Terms is deemed invalid, all other conditions and provisions hereof shall remain in full force as if the invalid portion had never been part of the original agreement.

(f)    The headings used herein are for convenience of reference only and are not to affect the construction of or to be taken into consideration in interpreting the General Terms and Conditions.

(g)    Neither the General Terms, nor any Confirmation, shall be altered or amended except by an instrument in writing signed by or on behalf of the Seller.  Seller may amend the General Terms from time to time without notice to Buyer.  Any such amendment shall be effective and apply with respect to all Transactions for which a Confirmation is sent after the effective date of the altered or amended General Terms.

(h)    No ambiguity in any provision of the General Terms or any Confirmation shall be construed against a party by reason of the fact it was drafted by such party or its counsel.  Acceptance of, or acquiescence in, a course of performance rendered under the General Terms or any Confirmation shall not be relevant or admissible to determine the meaning of the General Terms or any Confirmation, even though the accepting or acquiescing party has knowledge of the nature of the performance and an opportunity to make objection.  The General Terms shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, executors, legal representatives, and successors.

16.    **WAIVER OF IMMUNITIES:** Buyer expressly and irrevocably waives and agrees not to assert such a defense in any action or proceeding, which may be commenced or asserted against the Buyer or Buyer's revenues and/or assets in connection with a Transaction to the fullest extent permitted by applicable law, with respect to Buyer and Buyer's revenues and/or assets (irrespective of their use or intended use), all immunity on the grounds of sovereign immunity or other similar grounds, where Buyer is a State or Government owned or controlled entity, whether in whole or in part or otherwise, which status would otherwise entitle the Buyer to assert or allege the defense of sovereign immunity in any claim against it from:

(a)    Suit;

(b)    Jurisdiction of any court;

(c)    Relief by way of injunction, order for specific performance or for recovery of property;

(d)    Attachment of Buyer's assets (whether before or after judgment); and

(e)    Execution or enforcement of any judgment to which Buyer or Buyer's revenues and/or assets might otherwise be entitled in any proceedings in the courts of any jurisdiction and irrevocably agrees, to the extent permitted by applicable law, that it will not claim any such immunity in any proceedings.

17.    **LAW AND JURISDICTION:**  The General Terms and each Transaction shall be governed by the laws of the United States and the State of Florida, without reference to any conflict of laws rules which may result in the application of the laws of another jurisdiction.  The laws of the United States shall apply with respect to the existence of a maritime lien, regardless of the country in which Seller takes legal action.  Any disputes concerning quality or quantity shall only be resolved in a court of competent jurisdiction in Florida.  Disputes over payment and collection may be resolved, at Seller's option, in the Florida courts or in the courts of any jurisdiction where either the Receiving Vessel or an asset of the Buyer may be found.  Each of the parties hereby irrevocably submits to the jurisdiction of any such court, and irrevocably waives, to the fullest extent it may effectively do so, the defense of an inconvenient forum or its foreign equivalent to the maintenance of any action in any such court.  Seller shall be entitled to assert its rights of lien or attachment or other rights, whether in law, in equity or otherwise, in any country where it finds the vessel. **BUYER AND SELLER WAIVE ANY RIGHT EITHER OF THEM MIGHT HAVE TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING ARISING FROM OR RELATED TO THE GENERAL TERMS OR ANY TRANSACTION.**

THE WORLD FUEL SERVICES CORPORATION
MARINE GROUP OF COMPANIES
GENERAL TERMS AND CONDITIONS

-11-

EXHIBIT C

**WORLD FUEL SERVICES EUROPE LTD.**
trading as TRAMP OIL & MARINE
Statement of Account
As of June 24, 2009

TRANS KA TANKERS MANAGEMENT CO LTD.

| INVOICE NUMBER | VESSEL SUPPLIED / PORT OF SUPPLY | DELIVERY DATE | DUE DATE | INVOICE AMOUNT | DAYS PAST DUE | PAYMENT DATE | PAYMENT AMOUNT | INTEREST DUE | DATE INTEREST PAID | INTEREST PAID | 5% CONTRACTUAL ADMINISTRATIVE FEE | Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145821-596 | MV ESEN EM/Istanbul | 29-Sep-07 | 13-Nov-07 | 69,395.00 | 64 | 16-Jan-08 | (69,349.00) | 2,958.89 | - | - | 3,659.25 | 6,464.14 |
| 145582-596 | MV GENEVE M/Istanbul | 26-Oct-07 | 10-Dec-07 | 33,040.00 | 43 | 22-Jan-08 | (33,040.00) | 947.15 | - | - | 1,652.00 | 2,599.15 |
| 147023-596 | MV ZEYNEP KA/Istanbul | 1-Nov-07 | 16-Dec-07 | 61,625.00 | 31 | 16-Jan-08 | (61,567.90) | 1,272.40 | - | - | 3,081.25 | 4,411.15 |
| 147331-596 | MV GENEVE M/Istanbul | 21-Nov-07 | 5-Jan-08 | 39,565.00 | 23 | 28-Jan-08 | (39,565.00) | 605.66 | - | - | 1,978.25 | 2,584.91 |
| 147682-596 | MV BEREKET KA/Istanbul | 29-Nov-07 | 13-Jan-08 | 149,320.00 | 23 | 5-Feb-08 | (149,281.00) | 2,288.38 | - | - | 7,466.00 | 9,793.38 |
| 147683-596 | MV ESEN EM/Istanbul | 3-Dec-07 | 17-Jan-08 | 30,300.00 | 19 | 5-Feb-08 | (30,269.00) | 383.41 | - | - | 1,515.00 | 1,929.41 |
| 147921-596 | MV ESEN EM/Istanbul | 6-Dec-07 | 20-Jan-08 | 47,000.00 | 24 | 13-Feb-08 | (47,000.00) | 752.00 | - | - | 2,350.00 | 3,102.00 |
| 147928-596 | MV GENEVE M/Istanbul | 11-Dec-07 | 25-Jan-08 | 40,050.00 | 40 | 5-Mar-08 | (40,050.00) | 1,068.00 | - | - | 2,002.50 | 3,070.50 |
| 148236-596 | MV ZEYPEN KA/Istanbul | 12-Dec-07 | 26-Jan-08 | 23,625.00 | 31 | 26-Feb-08 | (23,585.00) | 467.42 | - | - | 1,181.25 | 1,708.67 |
| 148358-596 | MV BEREKET KA/Istanbul | 20-Dec-07 | 3-Feb-08 | 170,460.00 | 30 | 4-Mar-08 | (170,420.00) | 3,408.40 | - | - | 8,523.00 | 11,971.40 |
| 148504-596 | MV ZEYNEP KA/Istanbul | 2-Jan-08 | 16-Feb-08 | 69,325.00 | 17 | 4-Mar-08 | (69,285.00) | 785.23 | - | - | 3,466.25 | 4,251.48 |
| 148518-596 | MV GENEVE M/ Istanbul | 6-Jan-08 | 20-Feb-08 | 35,550.00 | 26 | 17-Mar-08 | (35,550.00) | 616.20 | - | - | 1,777.50 | 2,393.70 |
| 149024-596 | MV GUNEY EM/Istanbul | 17-Jan-08 | 2-Mar-08 | 37,630.00 | 17 | 19-Mar-08 | (37,630.00) | 426.47 | - | - | 1,881.50 | 2,307.97 |
| 100050-32501 | MV ZEYNEP KA/Istanbul | 29-Jan-08 | 14-Mar-08 | 35,700.00 | 19 | 2-Apr-08 | (35,682.50) | 451.60 | - | - | 1,785.00 | 2,284.10 |
| 105572-32501 | MV GENEVE M/Istanbul | 21-Jun-08 | 5-Aug-08 | 40,750.00 | 19 | 18-Aug-08 | (40,750.00) | 383.17 | - | - | - | 353.17 |
| 100758-32501 | MV KEMAL KA/Venice | 22-Sep-08 | 6-Nov-08 | 100,357.03 | 18 | 24-Nov-08 | (100,519.03) | 1,206.23 | - | - | 5,026.85 | 6,251.08 |
| 110133-32501 | MV GUNEY EM/Istanbul | 3-Nov-08 | 18-Dec-08 | 62,300.00 | 33 | 20-Jan-09 | (62,300.00) | 1,370.60 | - | - | 3,115.00 | 4,485.60 |
| 110433-32501 | MV ZEYNEP KA/Yarımca | 10-Nov-08 | 25-Dec-08 | 9,150.00 | 27 | 21-Jan-09 | (9,120.00) | 164.16 | - | - | 457.50 | 651.65 |
| 111385-32501 | MV ZEYNEP KA/ Yarımca | 26-Nov-08 | 10-Jan-09 | 18,125.00 | 31 / 40 | 10-Feb-09 / 19-Feb-09 | (8,095.00) / (9,975.00) | 167.09 / 286.00 | - | - | 906.25 | 11,113.34 (9,709.00) |
| **TOTAL OUTSTANDING:** | | | | **$1,073,437.03** | | | **$(1,072,393.93)** | **$19,990.06** | | **$ -** | **$51,634.35** | **$72,658.41** |

**WORLD FUEL SERVICES (SINGAPORE) PTE LTD.**
trading as TRAMP OIL & MARINE
Statement of Account
As of June 24, 2009

TRANS KA TANKERS MANAGEMENT CO LTD.

| INVOICE NUMBER | VESSEL SUPPLIED / PORT OF SUPPLY | DELIVERY DATE | DUE DATE | INVOICE AMOUNT | DAYS PAST DUE | PAYMENT DATE | PAYMENT AMOUNT | INTEREST DUE | DATE INTEREST PAID | INTEREST PAID | 5% CONTRACTUAL ADMINISTRATIVE FEE | Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1808829-531 | M/V AYFER KA/Piraeus | 9-Dec-07 | 23-Jan-08 | $ 69,481.72 | 34 | 28-Feb-08 | $ (69,441.72) | $ 1,574.00 | - | $ - | $ 3,474.09 | $ 5,088.09 |
| **TOTAL OUTSTANDING:** | | | | $ 69,481.72 | | | $ (69,441.72) | $ 1,574.00 | | $ - | $ 3,474.09 | $ 5,088.09 |

**TRAMP OIL & MARINE**
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE
LONDON SW1E 5BH, UK

# INVOICE

| Pg No. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 145621-596 | | 05-OCT-07 | 64313 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

SOLD TO:
M/V ESEN EM AND/OR
HER OWNERS/OPERATORS AND
AKBASOGLU DIS TIC VE GEMI ISL LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR
ISTANBUL  81150
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS |
|---|---|---|---|---|
| 29-SEP-07 | 2294067 | ESEN EM | ISTANBUL | 45 DDD BY TT DUE: 13-NOV-07 |
| CONTRACT NO. | | ORDER NO. | ITEM NO. | COUNTRY TURKEY |

| Product | Quantity Shipped | Unit Price | Extension |
|---|---|---|---|
| 80CST MTONS | 120.00000 | 477.00000 | 57,240.00 |
| MGO MTONS | 15.00000 | 743.000000 | 11,145.00 |
| BARGING (FLAT) | | | 1,000.00 |

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

| | | TOTAL DUE |
|---|---|---|
| | | USD $69,385.00 |
| | | PLEASE REMIT THIS AMOUNT |

# INVOICE

**TRAMP OIL & MARINE**
PORTLAND HOUSE, 13TH FLOOR, BRES.    .DEN PLACE
LONDON SW1E 5BH, UK

| Pg No. | INVOICE NO. | LY TO | INVOICE DATE | CUST NO. |
|--------|-------------|-------|--------------|----------|
| 1 | 148847-596 | | 21-JAN-08 | 64313 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

SOLD TO:
M/V ESEN EM AND/OR
HER OWNERS/OPERATORS AND
AKBASOGLU DIS TIC VE GEMI ISL LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR
ISTANBUL  81150
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS UPON RECEIPT |
|-----------|---------------|--------|------|--------------------|
| 29-SEP-07 | 2294067 | ESEN EM | ISTANBUL | |
| ORIGINAL INVOICE NO. | | ORDER NO. | ITEM NO. | COUNTRY TURKEY |
| 145621-596 | | | | |
| Financial Charge | | | | Extension |

```
ORIGINAL INVOICE AMOUNT DUE: USD 69,385.00
ORIGINAL INVOICE DUE DATE: 13-NOV-07

RECEIVED: USD 69,349.00 ON 16-JAN-08                    2,958.89
WE CHARGED YOUR ACCOUNT FOR 64 DAYS @    2.00%
(13-NOV-07 TO 16-JAN-08) PER MONTH PRO RATA
```

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

| | | TOTAL DUE USD $2,958.89 |
|--|--|--------------------------|
| | | PLEASE REMIT THIS AMOUNT |

# INVOICE

**TRAMP OIL & MARINE**

PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE
LONDON SW1E 5BH, UK

| Pg No. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|--------|-------------|----------|--------------|----------|
| 1 | 146582-596 | | 06-NOV-07 | 77691 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

**SOLD TO:**

M/V GENEVE M AND/OR
HER OWNERS/OPERATORS AND
GENEVE LOGISTICS LIMITED
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD. NO. 119 USKUDAR
ISTANBUL  81150
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS 45 DDD BY TT |
|-----------|---------------|--------|------|--------------------|
| 26-OCT-07 | 2298793 | GENEVE M | ISTANBUL | DUE: 10-DEC-07 |
| CONTRACT NO. | | ORDER NO. | ITEM NO. | COUNTRY TURKEY |

| Product | Quantity Shipped | Unit Price | Extension |
|---------|------------------|------------|-----------|
| 60CST MTONS | 60.00000 | 534.00000 | 32,040.00 |
| BARGING (FLAT) | | | 1,000.00 |

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

| | | TOTAL DUE |
|---|---|-----------|
| | | USD $33,040.00 |
| | | PLEASE REMIT THIS AMOUNT |

**TRAMP OIL & MARINE**
PORTLAND HOUSE, 13TH FLOOR, BRES.    DEN PLACE
LONDON SW1E 5BH, UK

# INVOICE

| Pg No. | INVOICE NO. | LY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 149111-596 | | 29-JAN-08 | 77691 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

SOLD TO:

M/V GENEVE M AND/OR
HER OWNERS/OPERATORS AND
GENEVE LOGISTICS LIMITED
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD. NO. 119 USKUDAR
ISTANBUL  81150
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS UPON RECEIPT |
|---|---|---|---|---|
| 26-OCT-07 | 2298793 | GENEVE M | ISTANBUL | |
| ORIGINAL INVOICE NO. | | ORDER NO. | ITEM NO. | COUNTRY |
| 146582-596 | | | | TURKEY |

| Financial Charge | | | Extension |
|---|---|---|---|

```
ORIGINAL INVOICE AMOUNT DUE: USD 33,040.00
ORIGINAL INVOICE DUE DATE: 10-DEC-07

RECEIVED: USD 33,040.00 ON 22-JAN-08                    947.15
WE CHARGED YOUR ACCOUNT FOR 43 DAYS @    2.00%
(10-DEC-07 TO 22-JAN-08) PER MONTH PRO RATA
```

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

| | | | TOTAL DUE |
|---|---|---|---|
| | | | USD $947.15 |
| | | | PLEASE REMIT THIS AMOUNT |

# INVOICE

**TRAMP OIL & MARINE**
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE
LONDON SW1E 5BH, UK

| Pg No. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 147029-596 | | 22-NOV-07 | 63367 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

**SOLD TO:**
M/V ZEYNEP KA AND/OR
HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR 81150
ISTANBUL
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS 45 DDD BY TT |
|---|---|---|---|---|
| 01-NOV-07 | 2299717 | ZEYNEP KA | ISTANBUL | DUE: 16-DEC-07 |
| CONTRACT NO. | | ORDER NO. | ITEM NO. | COUNTRY TURKEY |

| Product | Quantity Shipped | Unit Price | Extension |
|---|---|---|---|
| 80CST MTONS | 75.00000 | 539.00000 | 40,425.00 |
| MGO MTONS | 25.00000 | 808.00000 | 20,200.00 |
| BARGING (FLAT) | | | 1,000.00 |

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

| | TOTAL DUE |
|---|---|
| | USD $61,625.00 |
| | PLEASE REMIT THIS AMOUNT |

# TRAMP OIL & MARINE
PORTLAND HOUSE, 13TH FLOOR, BRES. NDEN PLACE
LONDON SW1E 5BH, UK

**INVOICE**

| Pg No. | INVOICE NO. | LY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 148848-596 | | 21-JAN-08 | 63367 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

**SOLD TO:**
M/V ZEYNEP KA AND/OR
HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR 81150
ISTANBUL
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS |
|---|---|---|---|---|
| 01-NOV-07 | 2299717 | ZEYNEP KA | ISTANBUL | UPON RECEIPT |

| ORIGINAL INVOICE NO. | | ORDER NO. | ITEM NO. | COUNTRY |
|---|---|---|---|---|
| 147029-596 | | | | TURKEY |

| | | | | Extension |
|---|---|---|---|---|
| **Financial Charge** | | | | |

```
ORIGINAL INVOICE AMOUNT DUE: USD 61,625.00
ORIGINAL INVOICE DUE DATE: 16-DEC-07

RECEIVED: USD 61,567.50 ON 16-JAN-08                           1,272.40
WE CHARGED YOUR ACCOUNT FOR 31 DAYS @    2.00%
(16-DEC-07 TO 16-JAN-08) PER MONTH PRO RATA
```

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

| | | | TOTAL DUE |
|---|---|---|---|
| | | | USD $1,272.40 |
| | | | PLEASE REMIT THIS AMOUNT |

# INVOICE

**TRAMP OIL & MARINE**
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE
LONDON SW1E 5BH, UK

| Pg No. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|---|---|---|---|---|
| 1 | 147331-596 | | 30-NOV-07 | 77691 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

**SOLD TO:**
M/V GENEVE M AND/OR
HER OWNERS/OPERATORS AND
GENEVE LOGISTICS LIMITED
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD. NO. 119 USKUDAR
ISTANBUL  81150
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS 45 DDD BY TT |
|---|---|---|---|---|
| 21-NOV-07 | 2302183 | GENEVE M | ISTANBUL | DUE: 05-JAN-08 |
| CONTRACT NO. | | ORDER NO. | ITEM NO. | COUNTRY TURKEY |

| Product | Quantity Shipped | Unit Price | Extension |
|---|---|---|---|
| 60CST MTONS | 40.00000 | 621.00000 | 24,840.00 |
| MGO MTONS | 15.00000 | 915.00000 | 13,725.00 |
| BARGING (FLAT) | | | 1,000.00 |

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

**TOTAL DUE**
USD $39,565.00
PLEASE REMIT THIS AMOUNT

**TRAMP OIL & MARINE**
PORTLAND HOUSE, 13TH FLOOR, BRES... ...DEN PLACE
LONDON SW1E 5BH, UK

**INVOICE**

| Pg No. | INVOICE NO. | LY TO | INVOICE DATE | CUST NO. |
|--------|-------------|-------|--------------|----------|
| 1 | 149112-596 | | 29-JAN-08 | 77691 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

SOLD TO:
M/V GENEVE M AND/OR
HER OWNERS/OPERATORS AND
GENEVE LOGISTICS LIMITED
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD. NO. 119 USKUDAR
ISTANBUL  81150
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS |
|-----------|---------------|--------|------|-------|
| 21-NOV-07 | 2302183 | GENEVE M | ISTANBUL | UPON RECEIPT |
| ORIGINAL INVOICE NO. | | ORDER NO. | ITEM NO. | COUNTRY |
| 147331-596 | | | | TURKEY |
| | Financial Charge | | | Extension |

```
ORIGINAL INVOICE AMOUNT DUE: USD 39,565.00
ORIGINAL INVOICE DUE DATE: 05-JAN-08
                                                              606.66
RECEIVED: USD 39,565.00 ON 28-JAN-08
WE CHARGED YOUR ACCOUNT FOR 23 DAYS @    2.00%
(05-JAN-08 TO 28-JAN-08) PER MONTH PRO RATA
```

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

| | | | TOTAL DUE |
|---|---|---|---|
| | | | USD $606.66 |
| | | | PLEASE REMIT THIS AMOUNT |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

MV BEREKET KA AND/OR HER OWNERS/OPERATORS AND
TRANS KA TANKER ISLETMECILIGI TIC
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR
ISTANBUL 81150
TURKEY

## INVOICE

| | |
|---|---|
| CUSTOMER NO. | 63418 |
| INVOICE NO. | 147682-596 |
| INVOICE DATE | 11-DEC-07 |
| PAGE NO. | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| | |
|---|---|
| TERMS | 45 DDD BY TT |
| DUE DATE | 13-JAN-08 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO NO. |
|---|---|---|---|---|
| 29-NOV-07 | N/A | N/A | N/A | 2305081 |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. |
| BEREKET KA | ISTANBUL | TURKEY | N/A | N/A |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 180CST MTONS | 200.00 | 550.00000 USD | 110,000.00 | 0.00 | 110,000.00 |
| MGO MTONS | 40.00 | 958.00000 USD | 38,320.00 | 0.00 | 38,320.00 |
| BARGING (FLAT) | 1.00 | 1,000.00000 USD | 1,000.00 | 0.00 | 1,000.00 |
| | | | 149,320.00 | 0.00 | 149,320.00 |

**INVOICE SUMMARY:**

| | |
|---|---|
| AMOUNT NOT SUBJECT TO SALES TAX | 149,320.00 |
| AMOUNT SUBJECT TO SALES TAX | 0.00 |
| TOTAL EXCLUSIVE OF SALES TAX | 149,320.00 |
| TOTAL SALES TAX | 0.00 |
| INVOICE TOTAL | 149,320.00 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD    149,320.00 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

| INVOICE | | | |
|---|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
| 63418 | 101162-32501 | 06-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

TRANS KA TANKER ISLETMECILIGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| LIFT DATE | BDR. NO. | ORDER NO. | CONTRACT NO. | POI NO. | TERMS |
|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2305081 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| BEREKET KA | ISTANBUL | TURKEY | N/A | NA | 06-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received: USD 149,281.00 on 05-FEB-08 for receipt 80205006758 and trx number 147682-596. We charged your account for 23 days @  2.00% (13-JAN-08 to 05-FEB-08) per month pro rata | 1 EA | 2,288.98000 USD/EA | 2,288.98 | 0.00 | 2,288.98 |
| | | | 2,288.98 | 0.00 | 2,288.98 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX          2,288.98
AMOUNT SUBJECT TO SALES TAX                    0.00
TOTAL EXCLUSIVE OF SALES TAX               2,288.98
TOTAL SALES TAX                                      0.00
INVOICE TOTAL                                      2,288.98

*** No Further Messages ***

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD      2,288.98 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

M/V ZEYNEP KA AND/OR HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR 81150
ISTANBUL
TURKEY

## INVOICE

| CUSTOMER NO | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63367 | 147683-596 | 11-DEC-07 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| POI NO. | TERMS |
|---|---|
| 2305084 | 45 DDD BY TT |
| ITEM NO. | DUE DATE |
| NA | 17-JAN-08 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. |
|---|---|---|---|
| 03-DEC-07 | N/A | N/A | NA |
| VESSEL | PORT | COUNTRY | DESTINATION |
| ZEYNEP KA | ISTANBUL | TURKEY | NA |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 80CST MTONS | 50.00 | 588.00000 USD | 29,300.00 | 0.00 | 29,300.00 |
| BARGING (FLAT) | 1.00 | 1,000.00000 USD | 1,000.00 | 0.00 | 1,000.00 |
| | | | 30,300.00 | 0.00 | 30,300.00 |

**INVOICE SUMMARY:**
AMOUNT NOT SUBJECT TO SALES TAX          30,300.00
AMOUNT SUBJECT TO SALES TAX                      0.00
TOTAL EXCLUSIVE OF SALES TAX             30,300.00
TOTAL SALES TAX                                          0.00
INVOICE TOTAL                                     30,300.00

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|
| | NA | USD    30,300.00 |

MAIL INSTRUCTIONS
REGULAR MAIL

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

KA DENIZCILIK NAK VE TIC LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| | INVOICE | | |
|---|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
| 63367 | 101163-32501 | 06-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | | TERMS | |
|---|---|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2305084 | | IMMEDIATE | |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | | DUE DATE | |
| ZEYNEP KA | ISTANBUL | TURKEY | N/A | N/A | | 06-MAR-08 | |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| | 1 EA | 383.41000 USD/EA | 383.41 | 0.00 | 383.41 |

Received: USD 30,269.00 on 05-FEB-08 for receipt
80205506757
and Inv number 147683-596. We charged your
account for 19 days @  2.00%
(17-JAN-08 to 05-FEB-08) per month pro rata

*** No Further Messages ***

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX          383.41
AMOUNT SUBJECT TO SALES TAX                0.00
TOTAL EXCLUSIVE OF SALES TAX             383.41
TOTAL SALES TAX                            0.00
INVOICE TOTAL                            383.41

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT | |
|---|---|---|---|---|
| REGULAR MAIL | | N/A | USD | 383.41 |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 64313 | 147921-596 | 19-DEC-07 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

M/V ESEN EM AND/OR HER OWNERS/OPERATORS AND
AKBASOGLU DIS TIC VE GEMI ISL LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR
ISTANBUL 81150
TURKEY

| | | | | TERMS |
|---|---|---|---|---|
| POI NO. | | | | 45 DDD BY TT. |
| 2305911 | | | | DUE DATE |
| ITEM NO. | | | | 20-JAN-08 |
| N/A | | | | |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | |
|---|---|---|---|---|
| 06-DEC-07 | N/A | N/A | N/A | |
| VESSEL | PORT | COUNTRY | DESTINATION | |
| ESEN EM | ISTANBUL | TURKEY | N/A | |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 80CST MTONS | 80.00 | 575.00000 USD | 46,000.00 | 0.00 | 46,000.00 |
| BARGING (FLAT) | 1.00 | 1,000.00000 USD | 1,000.00 | 0.00 | 1,000.00 |
| | | | 47,000.00 | 0.00 | 47,000.00 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX                47,000.00
AMOUNT SUBJECT TO SALES TAX                          0.00
TOTAL EXCLUSIVE OF SALES TAX                    47,000.00
TOTAL SALES TAX                                            0.00
INVOICE TOTAL                                          47,000.00

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|
| | N/A | USD    47,000.00 |

MAIL INSTRUCTIONS

REGULAR MAIL

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

AKBASOGLU DIS TIC VE GEMI ISL LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| INVOICE | | | |
|---|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
| 64313 | 101166-32501 | 06-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**

La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO NO. | TERMS |
|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2305911 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| ESEN EM | ISTANBUL | TURKEY | N/A | N/A | 06-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| | 1 EA | 752.00000 USD/EA | 752.00 | 0.00 | 752.00 |
| Received: USD 47,000.00 on 13-FEB-08 for receipt 8621301311? and Inv number 1479215596. We charged your account for 24 days @ 2.00% (20-JAN-08 to 13-FEB-08) per month pro rata | | | | | |
| | | | 752.00 | 0.00 | 752.00 |
| | | | | | |
| | | *** No Further Messages *** | | | |
| INVOICE SUMMARY: | | | | | |
| AMOUNT NOT SUBJECT TO SALES TAX | | | | | 752.00 |
| AMOUNT SUBJECT TO SALES TAX | | | | | 0.00 |
| TOTAL EXCLUSIVE OF SALES TAX | | | | | 752.00 |
| TOTAL SALES TAX | | | | | 0.00 |
| INVOICE TOTAL | | | | | 752.00 |

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | |
| | | | USD    752.00 |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 77691 | 147928-596 | 19-DEC-07 | 1 - 1 |

Tel: 020-78038-5000 Fax: 020-78038-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**

La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

MV GENEVE M AND/OR HER OWNERS/OPERATORS AND
GENEVE LOGISTICS LIMITED
AKBASOGLU IIS MERKEZI
NUHKUYUSU CAD. NO. 119 USKUDAR
ISTANBUL 81150
TURKEY

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO NO. | TERMS |
|---|---|---|---|---|---|
| 11-DEC-07 | N/A | N/A | N/A | 2306106 | 45 DDO BY TT |
| | | | | | DUE DATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | 25-JAN-08 |
| GENEVE M | ISTANBUL | TURKEY | N/A | N/A | |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 60CST MTONS | 50.00 | 593.00000 USD | 29,650.00 | 0.00 | 29,650.00 |
| MGO MTONS | 10.00 | 940.00000 USD | 9,400.00 | 0.00 | 9,400.00 |
| BARGING (FLAT) | 1.00 | 1,000.00000 USD | 1,000.00 | 0.00 | 1,000.00 |
| | | | 40,050.00 | 0.00 | 40,050.00 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX          40,050.00
AMOUNT SUBJECT TO SALES TAX                      0.00
TOTAL EXCLUSIVE OF SALES TAX              40,050.00
TOTAL SALES TAX                                          0.00
INVOICE TOTAL                                      40,050.00

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD    40,050.00 |

**TRAMP OIL & MARINE**
A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

GENEVE LOGISTICS LIMITED
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| | INVOICE | | |
|---|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
| 77691 | 101262-32501 | 08-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http//www.wfscorp.com
WIRE TRANSFER FUNDS TO:

La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | TERMS |
|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2306106 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| GENEVE M | ISTANBUL | TURKEY | N/A | NA | 08-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received: USD 40,050.00 on 05-MAR-08 for receipt 860305004349 and Inx number 147928-586. We charged your account for 40 days @ 2.00% (25-JAN-08 to 05-MAR-08) per month pro rata | 1 EA | 1,068.00000 USD/EA | 1,068.00 | 0.00 | 1,068.00 |
| | | | 1,068.00 | 0.00 | 1,068.00 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX 1,068.00
AMOUNT SUBJECT TO SALES TAX 0.00
TOTAL EXCLUSIVE OF SALES TAX 1,068.00
TOTAL SALES TAX 0.00
INVOICE TOTAL 1,068.00

*** No Further Messages ***

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD   1,068.00 |

# TRAMP OIL & MARINE

A DBA/division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

## INVOICE

| | |
|---|---|
| CUSTOMER NO. | 63367 |
| INVOICE NO. | 148236-596 |
| INVOICE DATE | 31-DEC-07 |
| PAGE NO. | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

M/V ZEYNEP KA AND/OR HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR 81150
ISTANBUL
TURKEY

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO/I NO. | TERMS |
|---|---|---|---|---|---|
| 12-DEC-07 | N/A | N/A | N/A | 2307684 | 45 DDD BY TT |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| ZEYNEP KA | ISTANBUL | TURKEY | N/A | N/A | 26-JAN-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| MGO MTONS | 25.00 | 925.00000 USD | 23,125.00 | 0.00 | 23,125.00 |
| BARGING (FLAT) | 1.00 | 500.00000 USD | 500.00 | 0.00 | 500.00 |
| | | | 23,625.00 | 0.00 | 23,625.00 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX        23,625.00
AMOUNT SUBJECT TO SALES TAX            0.00
TOTAL EXCLUSIVE OF SALES TAX           23,625.00
TOTAL SALES TAX                        0.00
INVOICE TOTAL                          23,625.00

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/glc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|
| | N/A | USD    23,625.00 |

MAIL INSTRUCTIONS
REGULAR MAIL

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

| | INVOICE | | |
|---|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
| 63367 | 101169-32501 | 06-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

KA DENIZCILIK NAK VE TIC LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | | TERMS |
|---|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2307684 | | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | | DUE DATE |
| ZEYNEP KA | ISTANBUL | TURKEY | N/A | N/A | | 06-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received: USD 23,595.00 on 26-FEB-08 for receipt 802260001599 and trx number 148236-596. We charged your account for 31 days @  2.00% (26-JAN-08 to 26-FEB-08) per month pro rata | 1 EA | 487.42000 USD/EA | 487.42 | 0.00 | 487.42 |
| | | | 487.42 | 0.00 | 487.42 |

*** No Further Messages ***

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX    487.42
AMOUNT SUBJECT TO SALES TAX    0.00
TOTAL EXCLUSIVE OF SALES TAX    487.42
TOTAL SALES TAX    0.00
INVOICE TOTAL    487.42

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD    487.42 |

**TRAMP OIL & MARINE**
A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

M/V BEREKET KA AND/OR HER OWNERS/OPERATORS AND
TRANS KA TANKER ISLETMECILIGI TIC
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR
ISTANBUL 81150
TURKEY

# INVOICE

| | | |
|---|---|---|
| INVOICE NO. | INVOICE DATE | PAGE NO. |
| 148358-596 | 07-JAN-08 | 1 - 1 |

**WIRE TRANSFER FUNDS TO:**
Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT LASLUS44
ACCT. TRAMP OIL & MARINE
ACCT #5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| CUSTOMER NO. | PO1 NO. | TERMS |
|---|---|---|
| 63418 | 2309328 | 45 DDD BY TT |
| | ITEM NO. | DUE DATE |
| | N/A | 03-FEB-08 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. |
|---|---|---|---|
| 20-DEC-07 | N/A | N/A | N/A |
| VESSEL | PORT | COUNTRY | DESTINATION |
| BEREKET KA | ISTANBUL | TURKEY | N/A |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 180CST MTONS | 220.00 | 518.00000 USD | 113,960.00 | 0.00 | 113,960.00 |
| MGO MTONS | 60.00 | 925.00000 USD | 55,500.00 | 0.00 | 55,500.00 |
| BARGING (FLAT) | 1.00 | 1,000.00000 USD | 1,000.00 | 0.00 | 1,000.00 |
| | | | 170,460.00 | 0.00 | 170,460.00 |

INVOICE SUMMARY:
| | |
|---|---|
| AMOUNT NOT SUBJECT TO SALES TAX | 170,460.00 |
| AMOUNT SUBJECT TO SALES TAX | 0.00 |
| TOTAL EXCLUSIVE OF SALES TAX | 170,460.00 |
| TOTAL SALES TAX | 0.00 |
| INVOICE TOTAL | 170,460.00 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorpdocsglc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD    170,460.00 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

| | INVOICE | | |
|---|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
| 63418 | 101263-32501 | 08-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscom.com

**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

TRANS KA TANKER ISLETMECILIGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | | TERMS | |
|---|---|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2309328 | | IMMEDIATE | |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | | DUE DATE | |
| BEREKET KA | ISTANBUL | TURKEY | N/A | N/A | | 08-MAR-08 | |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received USD 170,420.00 on 04-MAR-08 for receipt 80304005103 and trx number 148358-596. We charged your account for 30 days @ 2.00% (03-FEB-08 to 04-MAR-08) per month pro rata | 1 EA | 3,408.40000 USD/EA | 3,408.40 | 0.00 | 3,408.40 |
| | | | 3,408.40 | 0.00 | 3,408.40 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX                3,408.40
AMOUNT SUBJECT TO SALES TAX                        0.00
TOTAL EXCLUSIVE OF SALES TAX                   3,408.40
TOTAL SALES TAX                                    0.00
INVOICE TOTAL                                  3,408.40

*** No Further Messages ***

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT | |
|---|---|---|---|---|
| REGULAR MAIL | | N/A | USD | 3,408.40 |

**TRAMP OIL & MARINE**
A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

## INVOICE

| | | |
|---|---|---|
| INVOICE NO. | INVOICE DATE | PAGE NO. |
| 148504-596 | 10-JAN-08 | 1 - 1 |

| CUSTOMER NO. | |
|---|---|
| 63367 | |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**

La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5806078517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

MV ZEYNEP KA AND/OR HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR 81150
ISTANBUL
TURKEY

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | TERMS |
|---|---|---|---|---|---|
| 02-JAN-08 | N/A | N/A | N/A | 2310944 | 45 DDO BY TT |

| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
|---|---|---|---|---|---|
| ZEYNEP KA | ISTANBUL | TURKEY | N/A | N/A | 16-FEB-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 80CST MTONS | 80.00 | 565.00000 USD | 45,200.00 | 0.00 | 45,200.00 |
| MGO MTONS | 25.00 | 925.00000 USD | 23,125.00 | 0.00 | 23,125.00 |
| BARGING (FLAT) | 1.00 | 1,000.00000 USD | 1,000.00 | 0.00 | 1,000.00 |
| | | | 69,325.00 | 0.00 | 69,325.00 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX          69,325.00
AMOUNT SUBJECT TO SALES TAX                    0.00
TOTAL EXCLUSIVE OF SALES TAX              69,325.00
TOTAL SALES TAX                                0.00
INVOICE TOTAL                             69,325.00

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorpdocs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD    69,325.00 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

KA DENIZCILIK NAK VE TIC LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

# INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63367 | 101285-32501 | 08-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | P0I NO. | TERMS |
|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2310944 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| ZEYNEP KA | ISTANBUL | TURKEY | N/A | N/A | 08-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received: USD 69,285.00 on 04-MAR-08 for receipt 8034005083 and trx number 148504-596. We charged your account for 17 days @ 2.00% (16-FEB-08 to 04-MAR-08) per month pro rata | 1 EA | 785.23000 USD/EA | 785.23 | 0.00 | 785.23 |
| | | | 785.23 | 0.00 | 785.23 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX          785.23
AMOUNT SUBJECT TO SALES TAX               0.00
TOTAL EXCLUSIVE OF SALES TAX            785.23
TOTAL SALES TAX                          0.00
INVOICE TOTAL                          785.23

*** No Further Messages ***

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD     785.23 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

**INVOICE**

| | | |
|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE |
| 77691 | 148618-596 | 14-JAN-08 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

PAGE NO.
1 - 1

M/V GENEVE M AND/OR HER OWNERS/OPERATORS AND
GENEVE LOGISTICS LIMITED
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD. NO. 119 USKUDAR
ISTANBUL, 81150
TURKEY

| | | |
|---|---|---|
| POI NO. | TERMS | |
| 2312037 | 45 DDD BY TT | |
| ITEM NO. | DUE DATE | |
| NA | 20-FEB-08 | |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. |
|---|---|---|---|
| 06-JAN-08 | N/A | N/A | NA |
| VESSEL | PORT | COUNTRY | DESTINATION |
| GENEVE M | ISTANBUL | TURKEY | N/A |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 60CST MTONS | 40.00 | 615.00000 USD | 24,600.00 | 0.00 | 24,600.00 |
| MGO MTONS | 10.00 | 945.00000 USD | 9,450.00 | 0.00 | 9,450.00 |
| BARGING (FLAT) | 1.00 | 1,500.00000 USD | 1,500.00 | 0.00 | 1,500.00 |
| | | | 35,550.00 | 0.00 | 35,550.00 |

**INVOICE SUMMARY:**
AMOUNT NOT SUBJECT TO SALES TAX ............ 35,550.00
AMOUNT SUBJECT TO SALES TAX ................. 0.00
TOTAL EXCLUSIVE OF SALES TAX ................ 35,550.00
TOTAL SALES TAX ............................. 0.00
INVOICE TOTAL ............................... 35,550.00

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD    35,550.00 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

GENEVE LOGISTICS LIMITED
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 77691 | 101719-32501 | 19-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 | Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**

La Salle Bank N.A. Chicago, IL
SWIFT: LASLUS44
ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO1 NO. | TERMS |
|---|---|---|---|---|---|
| Default | | N/A | N/A | 2312037 | IMMEDIATE |

| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
|---|---|---|---|---|---|
| GENEVE M | ISTANBUL | TURKEY | N/A | NA | 19-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received: USD 35,550.00 on 17-MAR-08 for receipt 8031T007393 and tax number 1486185-595. We charged your account for 26 days @ 2.00% (20-FEB-08 to 17-MAR-08) per month pro rata | 1 EA | 616.20000 USD/EA | 616.20 | 0.00 | 616.20 |
| | | | 616.20 | 0.00 | 616.20 |

*** No Further Messages ***

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX        616.20
AMOUNT SUBJECT TO SALES TAX              0.00
TOTAL EXCLUSIVE OF SALES TAX           616.20
TOTAL SALES TAX                          0.00
INVOICE TOTAL                          616.20

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD     616.20 |

# INVOICE

**TRAMP OIL & MARINE**
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE
LONDON SW1E 5BH, UK

| Pg No. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST NO. |
|--------|-------------|----------|--------------|----------|
| 1 | 149024-596 | | 24-JAN-08 | 63418 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: www.wfscorp.com

SOLD TO:

M/V GUNEY EM AND/OR
HER OWNERS/OPERATORS AND
TRANS KA TANKER ISLETMECILIGI TIC
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR
ISTANBUL  81150
TURKEY

**WIRE TRANSFER FUNDS TO:**
LASALLE BANK, CHICAGO, IL
SWIFT: LASLUS44  ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT #: 5800678517
ALL BANK CHARGES ARE FOR SENDER'S ACCT

| LIFT DATE | WORKSHEET NO. | VESSEL | PORT | TERMS 45 DDD BY TT |
|-----------|---------------|--------|------|--------------------|
| 17-JAN-08 | 2314142 | GUNEY EM | ISTANBUL | DUE: 02-MAR-08 |
| CONTRACT NO. | | ORDER NO. | ITEM NO. | COUNTRY |
| | | | | TURKEY |

| Product | Quantity Shipped | Unit Price | Extension |
|---------|------------------|------------|-----------|
| MGO  MTONS | 40.00000 | 922.00000 | 36,880.00 |
| BARGING  (FLAT) | | | 750.00 |

Registered office: Millenium Bridge House, 2 Lambeth Hill, London. EC4V 4AJ, U.K.
Reg. in England No.4846814, VAT NUMBER GB 835 9721 95
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE
RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A DBA/DIVISION/BRANCH OF World Fuel Services Europe Ltd.

TOTAL DUE
USD $37,630.00
PLEASE REMIT THIS AMOUNT

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

TRANS KA TANKER ISLETMECILIGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

# INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63418 | 101835-32501 | 26-MAR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
SWIFT: LASLUS44
ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO/I NO. | TERMS |
|---|---|---|---|---|---|
| Default | | N/A | N/A | 2314142 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| GUNEY EM | ISTANBUL | TURKEY | N/A | NA | 26-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| | 1 EA | 426.47000 USD/EA | 426.47 | 0.00 | 426.47 |

Received: USD 37,630.00 on 19-MAR-08 for receipt
80319011629
and trx number 149024-596. We charged your
account for 17 days @ 2.00%
(02-MAR-08 to 19-MAR-08) per month pro rata

| | | 426.47 | 0.00 | 426.47 |
|---|---|---|---|---|

**INVOICE SUMMARY:**
AMOUNT NOT SUBJECT TO SALES TAX          426.47
AMOUNT SUBJECT TO SALES TAX                 0.00
TOTAL EXCLUSIVE OF SALES TAX               426.47
TOTAL SALES TAX                                    0.00
INVOICE TOTAL                                        426.47

*** No Further Messages ***

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | | N/A | USD    426.47 |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

## INVOICE

| | | |
|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE |
| 63367 | 100050-32501 | 11-FEB-08 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| | | PAGE NO. |
|---|---|---|
| | | 1 - 1 |

M/V ZEYNEP KA AND/OR HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR 81150
ISTANBUL
TURKEY

| POI NO. | | TERMS |
|---|---|---|
| 2316158 | | 45 DDO BY TT |
| ITEM NO. | | DUE DATE |
| N/A | | 14-MAR-08 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | | |
|---|---|---|---|---|---|
| 29-JAN-08 | 8012580 | N/A | N/A | | |
| VESSEL | PORT | COUNTRY | DESTINATION | | |
| ZEYNEP KA | ISTANBUL | TURKEY | TBN | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 80CST | 60.0000 MTN | 570.00000 USD/MTN | 34,200.00 | | 34,200.00 |
| BARGING (FLAT) | 1 FLT | 1,500.00000 USD/FLT | 1,500.00 | | 1,500.00 |
| | | | 35,700.00 | 0.00 | 35,700.00 |

**INVOICE SUMMARY:**

| | |
|---|---|
| AMOUNT NOT SUBJECT TO SALES TAX | 35,700.00 |
| AMOUNT SUBJECT TO SALES TAX | 0.00 |
| TOTAL EXCLUSIVE OF SALES TAX | 35,700.00 |
| TOTAL SALES TAX | 0.00 |
| INVOICE TOTAL | 35,700.00 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0802-25 | N/A | USD   35,700.00 |

**TRAMP OIL & MARINE**

A DBA Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

KA DENIZCILIK NAK VE TIC LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63367 | 102433-32501 | 11-APR-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**

La Salle Bank N.A. Chicago, IL
SWIFT: LASLUS44
ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | TERMS |
|---|---|---|---|---|---|
| | | N/A | N/A | 2316158 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| ZEYNEP KA | ISTANBUL | TURKEY | TBN | N/A | 11-APR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| | 1 EA | 451.60000 USD/EA | 451.60 | 0.00 | 451.60 |
| Received: USD 35,652.50 on 02-APR-08 for receipt 8040208243 and trx number 100050-32501. We charged your account for 19 days @ 2.00% (14-MAR-08 to 02-APR-08) per month pro rata | | | | | |
| | | | 451.60 | 0.00 | 451.60 |

*** No Further Messages ***

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO SALES TAX        451.60
AMOUNT SUBJECT TO SALES TAX              0.00
TOTAL EXCLUSIVE OF SALES TAX           451.60
TOTAL SALES TAX                          0.00
INVOICE TOTAL                          451.60

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0802-25 | N/A | USD    451.60 |

# TRAMP OIL & MARINE

A DBA/division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

M/V GENEVE M AND/OR HER OWNERS/OPERATORS AND
GENEVE LOGISTICS LIMITED
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| | | |
|---|---|---|
| INVOICE NO. | 105572-32501 | |
| INVOICE DATE | 30-JUN-08 | |
| PAGE NO. | 1 - 1 | |

| | |
|---|---|
| CUSTOMER NO. | 77691 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
SWIFT: LASLUS44
ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| PO NO. | 2337868 |
|---|---|
| ITEM NO | N/A |
| TERMS | 45 DDD BY TT |
| DUE DATE | 05-AUG-08 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. |
|---|---|---|---|
| 21-JUN-08 | 007881 | N/A | N/A |
| VESSEL | PORT | COUNTRY | DESTINATION |
| GENEVE M | ISTANBUL | TURKEY | TBN |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | SALES TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 6OCST / RMD380(05) | 50.0000 MTN | 785.00000 USD/MTN | 39,250.00 | 0.00 | 39,250.00 |
| BARGING (PER UNIT) | 1.00000 FLT | 1,500.00000 USD/FLT | 1,500.00 | 0.00 | 1,500.00 |
| | | | 40,750.00 | 0.00 | 40,750.00 |

**INVOICE SUMMARY:**
| | |
|---|---|
| AMOUNT NOT SUBJECT TO SALES TAX | 40,750.00 |
| AMOUNT SUBJECT TO SALES TAX | 0.00 |
| TOTAL EXCLUSIVE OF SALES TAX | 40,750.00 |
| TOTAL SALES TAX | 0.00 |
| INVOICE TOTAL | 40,750.00 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House in England, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0806-1306 | N/A | USD   40,750.00 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

GENEVE LOGISTICS LIMITED
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 77691 | 107535-32501 | 21-AUG-08 | 1 - 1 |

**WIRE TRANSFER FUNDS TO:**
Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
La Salle Bank N.A. Chicago, IL
SWIFT: LASLUS44
ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR.NO. | ORDER NO. | CONTRACT NO. | POI NO. | TERMS |
|---|---|---|---|---|---|
|  |  | N/A | N/A | 2337868 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| GENEVE M | ISTANBUL | TURKEY | TBN | N/A | 21-AUG-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
|  |  |  | USD | USD | USD |
| Received: USD 40,750.00 on 18-AUG-08 for receipt 80818004112 and trx number 105572-32501. We charged your account for 13 days @   2.00% (05-AUG-08 to 18-AUG-08) per month pro rata | 1 EA | 353.17000 USD/EA | 353.17 | 0.00 | 353.17 |
|  |  |  | 353.17 | 0.00 | 353.17 |

*** No Further Messages ***

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO TAX      353.17
AMOUNT SUBJECT TO TAX            0.00
TOTAL EXCLUSIVE OF TAX         353.17
TOTAL TAX                        0.00
INVOICE TOTAL                  353.17

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0806-1306 | N/A | USD      353.17 |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK
VAT# IT 00103929998

M/V KEMAL KA AND/OR HER OWNERS/OPERATORS AND
TRANS KA TANKER ISLETMECILGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| | | |
|---|---|---|
| CUSTOMER NO. | INVOICE NO. | PAGE NO. |
| 63418 | 108758-32501 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**

La Salle Bank N.A, Chicago, IL
SWIFT: LASLUS44
ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| INVOICE DATE | TERMS |
|---|---|
| 26-SEP-08 | 45 DDO BY TT |
| | DUE DATE |
| | 06-NOV-08 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. |
|---|---|---|---|---|
| 22-SEP-08 | 216/2008 | N/A | N/A | 2350035 |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. |
| KEMAL KA | VENICE | ITALY | TBN | N/A |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | | TAX AMOUNT | | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | EUR | USD | EUR | USD | EUR | USD |
| MGO / DMA max0.1%S(05) | 99.9060 MTN | 989.00000 USD/MTN | 66,834.06 | 98,807.03 | 0.00 | 0.00 | 66,834.06 | 98,807.03 |
| BARGING (FLAT) | 1.00000 FLT | 1,730.00000 USD/FLT | 1,170.19 | 1,730.00 | 0.00 | 0.00 | 1,170.19 | 1,730.00 |
| | | | 68,004.25 | 100,537.03 | 0.00 | 0.00 | 68,004.25 | 100,537.03 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO TAX     68,004.25     100,537.03
AMOUNT SUBJECT TO TAX          0.00          0.00
TOTAL EXCLUSIVE OF TAX        68,004.25     100,537.03
TOTAL TAX                      0.00          0.00
INVOICE TOTAL                 68,004.25     100,537.03

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House in England, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

Non imponibile ai sensi dell'articolo 8 (bis) del DPR 633 del 1972

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|---|
| REGULAR MAIL | 0.67641 EUR/USD | IT-32501-0809-4958 | N/A | USD   100,537.03 |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK
VAT# IT 00103929998

TRANS KA TANKER ISLETMECILIGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63418 | 110959-32501 | 04-DEC-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. New York, NY
SWIFT - BOFAUS3N
ABA: 026009593
ACCT: TRAMP OIL & MARINE
ACCT# 5800673517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO1 NO. | TERMS |
|---|---|---|---|---|---|
| 04-DEC-08 | | N/A | N/A | 2350035 | IMMEDIATE |
| **VESSEL** | **PORT** | **COUNTRY** | **DESTINATION** | **ITEM NO.** | **DUE DATE** |
| KEMAL KA | VENICE | ITALY | TBN | N/A | 04-DEC-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | | TAX AMOUNT | | INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | EUR | USD | EUR | USD | USD |
| Received: USD 100,519.03 on 24-NOV-08 for receipt 8112400197049 and fax number 108758-32501. We charged your account for 18 days @ 2.00% (06-NOV-08 to 24-NOV-08) per month pro rata | 1 EA | 1,206.23000 USD/EA | 948.74 | 1,206.23 | 0.00 | 0.00 | 1,206.23 |
| | | | 948.74 | 1,206.23 | 0.00 | 0.00 | 1,206.23 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO TAX           948.74     1,206.23
AMOUNT SUBJECT TO TAX                   0.00         0.00
TOTAL EXCLUSIVE OF TAX                948.74     1,206.23
TOTAL TAX                                     0.00         0.00
INVOICE TOTAL                              948.74     1,206.23

Non imponibile ai sensi dell'articolo 8 (bis) del DPR 633 del 1972

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|---|
| REGULAR MAIL | 0.78653 EUR/USD | IT-32501-0809-4958 | N/A | USD     1,206.23 |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

M/V GUNEY EM AND/OR HER OWNERS/OPERATORS AND
TRANS KA TANKER ISLETMECILIGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| | |
|---|---|
| CUSTOMER NO. | 63418 |
| INVOICE NO. | 110133-32501 |
| INVOICE DATE | 10-NOV-08 |
| PAGE NO. | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
SWIFT: LASLUS44
ABA: 071000505
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| POI NO. | 2355789 |
|---|---|
| ITEM NO. | N/A |
| TERMS | 45 DDD BY TT |
| DUE DATE | 18-DEC-08 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. |
|---|---|---|---|
| 03-NOV-08 | 0152335 | N/A | N/A |

| VESSEL | PORT | COUNTRY | DESTINATION |
|---|---|---|---|
| GUNEY EM | ISTANBUL | TURKEY | TBN |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| 100CST / RMD80(05) | 50.0000 MTN | 430.00000 USD/MTN | 21,500.00 | 0.00 | 21,500.00 |
| MGO / DMA.2%S/.86(05) | 50.0000 MTN | 786.00000 USD/MTN | 39,300.00 | 0.00 | 39,300.00 |
| BARGING (FLAT) | 1.00000 FLT | 1,500.00000 USD/FLT | 1,500.00 | 0.00 | 1,500.00 |
| | | | 62,300.00 | 0.00 | 62,300.00 |

**INVOICE SUMMARY:**

| | |
|---|---|
| AMOUNT NOT SUBJECT TO TAX | 62,300.00 |
| AMOUNT SUBJECT TO TAX | 0.00 |
| TOTAL EXCLUSIVE OF TAX | 62,300.00 |
| TOTAL TAX | 0.00 |
| INVOICE TOTAL | 62,300.00 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/docs/gto-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House in England, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0811-1926 | N/A | USD    62,300.00 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

TRANS KA TANKER ISLETMECILIGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63418 | 112439-32501 | 30-JAN-09 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. New York, NY
SWIFT: BOFAUS3N
ABA: 026009593
ACCT: TRAMP OIL & MARINE
ACCT# 5800673517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO1 NO. | TERMS |
|---|---|---|---|---|---|
| 30-JAN-09 | | N/A | N/A | 2355789 | IMMEDIATE |
| **VESSEL** | **PORT** | **COUNTRY** | **DESTINATION** | **ITEM NO.** | **DUE DATE** |
| GUNEY EM | ISTANBUL | TURKEY | TBN | N/A | 30-JAN-09 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received USD 62,300.00 on 20-JAN-09 for receipt 9912000199912 and trx number 110133-32501. We charged your account for 33 days @ 2.00% (18-DEC-08 to 20-JAN-09) per month pro rata | 1 EA | 1,370.60000 USD/EA | 1,370.60 | 0.00 | 1,370.60 |
| | | | 1,370.60 | 0.00 | 1,370.60 |

**INVOICE SUMMARY:**
AMOUNT NOT SUBJECT TO TAX    1,370.60
AMOUNT SUBJECT TO TAX    0.00
TOTAL EXCLUSIVE OF TAX    1,370.60
TOTAL TAX    0.00
INVOICE TOTAL    1,370.60

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0811-1926 | N/A | USD   1,370.60 |

# TRAMP OIL & MARINE

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63367 | 110433-32501 | 19-NOV-08 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. New York, NY
SWIFT: BOFAUS3N
ABA: 026009593
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

M/V ZEYNEP KA AND/OR HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| PO NO. | CONTRACT NO. | ORDER NO. | BDR NO. | | TERMS |
|---|---|---|---|---|---|
| 2356949 | N/A | N/A | | | 45 DDD BY TT |

| ITEM NO. | DESTINATION | COUNTRY | PORT | | DUE DATE |
|---|---|---|---|---|---|
| N/A | TBN | TURKEY | YARIMCA | | 25-DEC-08 |

LIFT DATE: 10-NOV-08
VESSEL: ZEYNEP KA

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| MGO / DMA max0.1%S(05) | 10.0000 MTN | 840.00000 USD/MTN | 8,400.00 | 0.00 | 8,400.00 |
| BARGING (FLAT) | 1.00000 FLT | 750.00000 USD/FLT | 750.00 | 0.00 | 750.00 |
| | | | 9,150.00 | 0.00 | 9,150.00 |

INVOICE SUMMARY:

| | USD |
|---|---|
| AMOUNT NOT SUBJECT TO TAX | 9,150.00 |
| AMOUNT SUBJECT TO TAX | 0.00 |
| TOTAL EXCLUSIVE OF TAX | 9,150.00 |
| TOTAL TAX | 0.00 |
| INVOICE TOTAL | 9,150.00 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House in England, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0811-1959 | N/A | USD    9,150.00 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

KA DENIZCILIK NAK VE TIC LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

## INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63367 | 112439-32501 | 30-JAN-09 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
Bank of America N.A., New York, NY
SWIFT: BOFAUS3N
ABA: 026009593
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| TERMS | DUE DATE |
|---|---|
| IMMEDIATE | 30-JAN-09 |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO1 NO. | ITEM NO. |
|---|---|---|---|---|---|
| 30-JAN-09 | | N/A | N/A | 2356949 | N/A |

| VESSEL | PORT | COUNTRY | DESTINATION | | |
|---|---|---|---|---|---|
| ZEYNEP KA | YARIMCA | TURKEY | TBN | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received: USD 9,120.00 on 21-JAN-09 for receipt 901210003708181 and trx number 110433-32501. We charged your account for 27 days @ 2.00% (25-DEC-08 to 21-JAN-09) per month pro rata | 1 EA | 164.16000 USD/EA | 164.16 | 0.00 | 164.16 |
| | | | 164.16 | 0.00 | 164.16 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO TAX ........ 164.16
AMOUNT SUBJECT TO TAX ............. 0.00
TOTAL EXCLUSIVE OF TAX ............. 164.16
TOTAL TAX ......................... 0.00
INVOICE TOTAL ..................... 164.16

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House in England, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0811-1959 | N/A | USD    164.16 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

# INVOICE

| | | |
|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE |
| 63367 | 111365-32501 | 19-DEC-08 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**

Bank of America N.A. New York, NY
SWIFT: BOFAUS3N
ABA: 026009593
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| PO NO. | | TERMS |
|---|---|---|
| 2359145 | | 45 DDD BY TT |
| ITEM NO. | | DUE DATE |
| N/A | | 10-JAN-09 |

MV ZEYNEP KA AND/OR HER OWNERS/OPERATORS AND
KA DENIZCILIK NAK VE TIC LTD STI.
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. |
|---|---|---|---|
| 26-NOV-08 | 0074236 | N/A | N/A |
| VESSEL | PORT | COUNTRY | DESTINATION |
| ZEYNEP KA | YARIMCA | TURKEY | TBN |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| MGO / DMA max0.1%S(05) | 25.0000 MTN | 695.00000 USD/MTN | 17,375.00 | 0.00 | 17,375.00 |
| BARGING (FLAT) | 1.00000 FLT | 750.00000 USD/FLT | 750.00 | 0.00 | 750.00 |
| | | | 18,125.00 | 0.00 | 18,125.00 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO TAX               18,125.00
AMOUNT SUBJECT TO TAX                         0.00
TOTAL EXCLUSIVE OF TAX                    18,125.00
TOTAL TAX                                         0.00
INVOICE TOTAL                             18,125.00

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House in England, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4848814

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0812-2073 | N/A | USD   18,125.00 |

PAGE NO.
1 - 1

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES EUROPE LTD
PORTLAND HOUSE, 13TH FLOOR, BRESSENDEN PLACE,
LONDON SW1E 5BH, UK

| | INVOICE | |
|---|---|---|
| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
| 63567 | 113025-32501 | 25-FEB-09 | 1 - 1 |

Tel: 020-7808-5000 Fax: 020-7808-5088
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. New York, NY
SWIFT: BOFAUS3N
ABA: 026009593
ACCT: TRAMP OIL & MARINE
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

KA DENIZCILIK NAK VE TIC LTD STI
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO NO. | TERMS |
|---|---|---|---|---|---|
| 25-FEB-09 | | N/A | N/A | 2359145 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| ZEYNEP KA | YARIMCA | TURKEY | TBN | N/A | 25-FEB-09 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | TAX AMOUNT | INVOICE AMOUNT |
|---|---|---|---|---|---|
| | | | USD | USD | USD |
| Received: USD 8,085.00 on 10-FEB-09 for receipt 90210000737345 and trx number 111365-32501. We charged your account for 31 days @ 2.00% (10-JAN-09 to 10-FEB-09) per month pro rata | 1 EA | 167.09000 USD/EA | 167.09 | 0.00 | 167.09 |
| Received: USD 9,975.00 on 19-FEB-09 for receipt 90210000737345 and trx number 111365-32501. We charged your account for 40 days @ 2.00% (10-JAN-09 to 19-FEB-09) per month pro rata | 1 EA | 266.00000 USD/EA | 266.00 | 0.00 | 266.00 |
| | | | 433.09 | 0.00 | 433.09 |

INVOICE SUMMARY:
AMOUNT NOT SUBJECT TO TAX ....... 433.09
AMOUNT SUBJECT TO TAX ....... 0.00
TOTAL EXCLUSIVE OF TAX ....... 433.09
TOTAL TAX ....... 0.00
INVOICE TOTAL ....... 433.09

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gtc-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.
Registered Office: Millennium Bridge House in England, 2 Lambeth Hill, London, EC4V 4AJ, U.K. Reg. in England No. 4846814

| MAIL INSTRUCTIONS | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|
| REGULAR MAIL | TR-32501-0812-2073 | N/A | USD    433.09 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES (SINGAPORE) PTE LTD
238A THOMSON ROAD # 17 - 03 NOVENA SQUARE TOWER A
SINGAPORE 307684 GST No: M2-8920852-6
VAT# EL 999400211

M/V AYFER KA AND/OR HER OWNERS/OPERATORS AND
TRANS KA TANKER ISLETMECILIGI TIC
AKBASOGLU IS MERKEZI
NUHKUYUSU CAD NO. 119
USKUDAR
ISTANBUL 81150
TURKEY

## TAX INVOICE

| INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|
| 180829-531 | 08-JAN-08 | 1 - 1 |

CUSTOMER NO.  63418
Tel: 65-6215-6999 Fax: 65-6215-6902
Internet: http://www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**

La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

| TERMS | |
|---|---|
| 45 DDD BY TT | |
| DUE DATE | |
| 23-JAN-08 | |

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. |
|---|---|---|---|---|
| 09-DEC-07 | N/A | N/A | N/A | 2306557 |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. |
| AYFER KA | PIRAEUS | GREECE | N/A | N/A |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT EUR | EXTENDED AMOUNT USD | SALES TAX AMOUNT EUR | SALES TAX AMOUNT USD | INVOICE AMOUNT EUR | INVOICE AMOUNT USD |
|---|---|---|---|---|---|---|---|---|
| MGO MTONS | 19.79 | 845.00000 USD | 11,412.05 | 16,723.40 | 0.00 | 0.00 | 11,412.05 | 16,723.40 |
| 80CST MTONS | 98.79 | 529.00000 USD | 35,661.08 | 52,258.32 | 0.00 | 0.00 | 35,661.08 | 52,258.32 |
| AGENCY FEE | 1.00 | 500.00000 USD | 341.20 | 500.00 | 0.00 | 0.00 | 341.20 | 500.00 |
|  |  |  | 47,414.33 | 69,481.72 | 0.00 | 0.00 | 47,414.33 | 69,481.72 |

**INVOICE SUMMARY:**

| | EUR | USD |
|---|---|---|
| AMOUNT NOT SUBJECT TO SALES TAX | 47,414.33 | 69,481.72 |
| AMOUNT SUBJECT TO SALES TAX | 0.00 | 0.00 |
| TOTAL EXCLUSIVE OF SALES TAX | 47,414.33 | 69,481.72 |
| TOTAL SALES TAX | 0.00 | 0.00 |
| INVOICE TOTAL | 47,414.33 | 69,481.72 |

This transaction is subject to the terms and conditions of sale set forth at http://www.wfscorp.com/wfscorp/docs/gto-marine.pdf
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT |
|---|---|---|---|---|
| REGULAR MAIL | 0.6824 EUR/USD | | N/A | USD    69,481.72 |

**TRAMP OIL & MARINE**

A DBA/Division of WORLD FUEL SERVICES (SINGAPORE) PTE LTD
238A THOMSON ROAD # 17 - 03 NOVENA SQUARE TOWER A
SINGAPORE 307684
Co Registration no: 199501485M
VAT# EL 999400211

TRANS KA TANKER ISLETMECILIGI TIC
DENIZCILER TICARET MERKEZI, ICMELER MEVKII, AYDINTEPE MAH.
SAHILYOLU CAD. NO.24, 57-A
TUZLA
ISTANBUL
TURKEY

### TAX INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 63418 | 101600-31501 | 06-MAR-08 | 1 - 1 |

Tel: 65-6215-6999 Fax: 65-6215-6902
Internet: http://www.wfscorp.com
**WIRE TRANSFER FUNDS TO:**
La Salle Bank N.A. Chicago, IL
ABA: 071000505
SWIFT: LASLUS44
ACCT: TRAMP OIL & MARINE
ACCT# 5800259169
ALL BANK CHARGES ARE FOR SENDER'S ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | PO NO. | TERMS |
|---|---|---|---|---|---|
| Default | N/A | N/A | N/A | 2306557 | IMMEDIATE |
| VESSEL | PORT | COUNTRY | DESTINATION | ITEM NO. | DUE DATE |
| AYFER KA | PIRAEUS | GREECE | N/A | NA | 06-MAR-08 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT | | SALES TAX AMOUNT | | INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | | EUR | USD | EUR | USD | EUR | USD |
| | 1 EA | 1,574.01000 USD/EA | 1,030.82 | 1,574.01 | 0.00 | 0.00 | 1,030.82 | 1,574.01 |

Received: USD 69,441.72 on 26-FEB-08 for receipt
80226001601
and trx number 180629-531. We charged your
account for 34 days @ 2.00%
(23-JAN-08 to 26-FEB-08) per month pro rata

|  | | | 1,030.82 | 1,574.01 | 0.00 | 0.00 | 1,030.82 | 1,574.01 |

**INVOICE SUMMARY:**
AMOUNT NOT SUBJECT TO SALES TAX    1,030.82    1,574.01
AMOUNT SUBJECT TO SALES TAX    0.00    0.00
TOTAL EXCLUSIVE OF SALES TAX    1,030.82    1,574.01
TOTAL SALES TAX    0.00    0.00
INVOICE TOTAL    1,030.82    1,574.01

*** No Further Messages ***

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER REFERENCE NO. | PLEASE REMIT THIS AMOUNT | |
|---|---|---|---|---|---|
| REGULAR MAIL | 0.6549 EUR/USD | | N/A | USD | 1,574.01 |

## VERIFICATION

STATE OF NEW YORK    )
                          )    ss.:
COUNTY OF NEW YORK  )

George N. Proios being duly sworn, deposes and says:

1.      I am a member of the bar of this Honorable Court and of the Law Offices of

George N. Proios, PLLC, attorneys for Plaintiff.

2.      I have read the foregoing Complaint and I believe the contents thereof are true.

3.      The reason this Verification is made by deponent and not by Plaintiff is that

Plaintiff is foreign corporation, no officers or directors of which are within this jurisdiction.

4.      The sources of my information and belief are documents provided to me and

statements made to me by representatives of Plaintiff.

_____
George N. Proios

Sworn to before me this
29th day of September, 2009

_____
Notary Public

JON WERNER
NOTARY PUBLIC
02WE6149122
STATE OF NEW YORK
COMMISSION EXPIRES
JULY 3RD, 20 10

-7-